UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOZMI ELDER,

        Plaintiff,        CIVIL ACTION NO. 05-60254

v.

        HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72 (b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept8,1998), has reviewed the Magistrate Judge's report and recommendation filed October 16, 2006. No objections have been filed. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

                              S/John Corbett O'Meara
                              UNITED STATES DISTRICT JUDGE

Dated: November 09, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 12, 2006, by electronic and/or ordinary mail.

                                        S/William Barkholz
                                        Case Manager